CHARLES SHILAGI, by his Guardian ad Litem, PALMENA SHILAGI, Respondent, *v.* DEGNON-MCLEAN CONTRACTING COMPANY, Appellant.

*Shilagi* v. *Degnon-McLean Contracting Co.,* 71 App. Div. 152, affirmed. (Argued January 21, 1903; decided Febuary 10, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 28, 1902, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*John Ford* and *Henry L. Maxson* for appellant.

*Nelson L. Keach* and *Achille J. Oishei* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN, CULLEN and WERNER, JJ. Absent: O'BRIEN, J.